

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00479-CV

Mark **HEALY, M.D.**,
Appellant

v.

Orinda **MOWAT-CUDD**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-05971
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order Denying Defendant Mark Healy, M.D.'s Motion to Dismiss is AFFIRMED. We ORDER appellant Mark Healy, M.D. to pay the costs of this appeal.

SIGNED February 17, 2021.

_____
Beth Watkins, Justice